UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------
**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **August 13, 2005**
**RAHMAN/BARRETT** Program,

                               Plaintiff,

       -against-

BOBBY NACOOL RAGHUNANDAN, Individually
and as officer, director, shareholder and/or principal
of THE RANCH RESTAURANT & BAR OF
GUYANA INC. d/b/a THE RANCH RESTAURANT
& BAR OF GUYANA, and THE RANCH
RESTAURANT & BAR OF GUYANA INC. d/b/a
THE RANCH RESTAURANT & BAR OF
GUYANA,

                          Defendants.
------------------------------------------------------------------

**NOTICE OF SETTLEMENT
AND ADMINISTRATIVE
DISMISSAL**

Civil Action No. CV-05-5366
Honorable Allyne R. Ross

       PLEASE TAKE NOTICE THAT Plaintiff **KINGVISION PAY-PER-VIEW LTD.**

(hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and

foregoing action as against the defendant and no party named herein being an infant or incompetent,

Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

       This is based upon a settlement made between Plaintiff and the above referenced Defendants,

wherein Defendants will pay a certain consideration over a period of time not to exceed February

27, 2006. The Clerk's Office, in its discretion, is authorized to administratively close this case due

to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-

payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the

terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule

41 of the Federal Rules of Civil Procedure.

Dated: January 30, 2006
      Ellenville, New York

**KINGVISION PAY-PER-VIEW LTD.**

By:/s/  Julie Cohen Lonstein
      JULIE COHEN LONSTEIN , ESQ.
      Attorney for Plaintiff
      Bar Roll No. JL8521
      LONSTEIN LAW OFFICE, P.C.
      Office and P.O. Address
      1 Terrace Hill : P.O. Box 351
      Ellenville, NY  12428
      Telephone:  (845) 647-8500
      Facsimile:  (845) 647-6277
      *Our File No. 05-12-E01V*

SO ORDERED this 31 day of JAN., 2006

HON. ALLYNE R. ROSS
**UNITED STATES DISTRICT JUDGE**

CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Gerald Beeharrilall, Esq.
10415 123rd St.
Jamaica, NY 11419
*Attorney for Defendant*

via United States Postal Service, postage prepaid on this 30th day of January, 2006.

/s/  Julie Cohen Lonstein
JULIE COHEN LONSTEIN
